UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRED HERMAN KOBIE, III,

Plaintiff,

-vs-                                                     Case No.  2:12-cv-98-FtM-29DNF

JASON FIFTHIAN, Detective of Lee County,
Sheriff Department, MIKE SCOTT, Sheriff of
Lee County Sheriff Department,

Defendants.

_____

AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the Joint Motion to Amend Case Management and Scheduling Order and

the amended case management report prepared by the parties, *see* Fed.R.Civ.P. 26(f) and Local Rule

3.05(c), the Court enters this amended case management and scheduling order:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff:<br>Defendant: | JUNE 3, 2013<br>JULY 1, 2013 |
| Discovery Deadline | | AUGUST 1, 2013 |
| Mediation | Deadline: | JULY 1, 2013 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | | SEPTEMBER 3, 2013 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | | NOVEMBER 12, 2013 |
| Joint Final Pretrial Statement (*Including* a Single Set of<br>   Jointly Proposed Jury Instructions and Verdict Form,<br>   Voir Dire Questions, Witnesses Lists,<br>   Exhibit Lists on Approved Form | | NOVEMBER 22, 2013 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | | NOVEMBER 22, 2013 |
| Final Pretrial Conference | Date:<br>Time:<br>Judge: | DECEMBER 16, 2013<br>9:00 A.M.<br>John E. Steele |
| Trial Term Begins<br>   [Trials Before Magistrate Judges Begin on Date Certain] | | JANUARY 6, 2014 |

| Estimated Length of Trial | 4 days |
|---------------------------|--------|
| Jury/Non Jury | Jury |

All other provisions of the Case Management and Scheduling Order continue to apply.

**DONE** and **ORDERED** this ___6th___ day of March, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE