UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRED HERMAN KOBIE, III,

    Plaintiff,

v.                                        Case No:   2:12-cv-98-FtM-38DNF

JASON FITHIAN, Detective of Lee
County Sheriff Department,

    Defendant.
_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict:**

    This action came before the Court for a trial by jury.   The issues have been tried or heard, and the Jury rendered its Verdict on April 25, 2014.

    **IT IS ORDERED AND ADJUDGED:**

    Judgment is entered in favor of Defendant Jason Fithian, and Plaintiff Fred Herman Kobie, III, shall take nothing.

                              SHERYL L. LOESCH, CLERK


                              By: /s/Leslie M. Friedmann, Deputy Clerk
                              **Date:   April 28, 2014**

Copies:   All parties and counsel of record